UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Satyanarayan Hedge, M.D.,<br><br>                      Plaintiff,<br><br>       -against-<br><br>Montefiore Medical Center et al.,<br><br>                      Defendants. | 25-CV-4222 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants filed a motion to dismiss on August 5, 2025. Dkt. 9. *Pro se* plaintiff should file any opposition brief by **September 5, 2025**, and defendants' reply is due on **September 12, 2025**.

      SO ORDERED.

Dated: August 11, 2025
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge